UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KIRK BENT,

Defendant.

No. 11 Cr. 605 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Sentencing in this matter is currently scheduled for November 8, 2013. Due to a conflict in the Court's calendar, this date must be adjourned. Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for sentencing on Wednesday, November 13, 2013 at 4:00 p.m. in Courtroom 905 of the Thurgood Marshall Courthouse. The deadlines for each party to file its sentencing submission shall remain unchanged: Defendant shall file his submission on or before October 25, 2013, and the government on or before November 1, 2013.

SO ORDERED.

Dated:   October 24, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE