# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

January 11, 2022

<u>Via ECF</u>

Hon. Richard J. Sullivan, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Mr. Bertan's request is granted.  IT IS HEREBY ORDERED THAT David K. Bertan is appointed to represent Mr. Bent as CJA counsel in the matter discussed below.
>
> SO ORDERED:
> Dated: 01/11/22
> RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

    Re:    USA v. Kirk Bent
            Docket No.  11 CR 605 (RJS)

Dear Judge Sullivan:

     I represented Mr. Bent in the above matter.  On November 13, 2013, you sentenced him to concurrent terms of 5 years' imprisonment, followed by a lifetime term of supervised release.  Mr. Bent was released from custody on October 22, 2015, and has been on supervised release since then.  He recently called me, asking if his supervised release could be terminated.  Accordingly, I am requesting that I be re-appointed to represent Mr. Bent so that I can file an application to terminate his supervised release.

     Thank you for your consideration in this matter.

                                      Very truly yours,

                                      David K. Bertan

DKB
cc:    AUSA Christopher J. DiMase (via ECF)