UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>KIRK BENT,<br><br>　　　　　　　Supervisee. | No. 11-cr-605 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　The Court is in receipt of defense counsel's letter (Doc. No. 186) petitioning for early termination of Supervisee's term of supervised release.  IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a status conference at 11:00 a.m. on Wednesday, March 23, 2022 in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:　　　March 10, 2022
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation