**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

April 25, 2022

<u>**Via ECF**</u>

Hon. Richard J. Sullivan, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    U.S. v. Kirk Bent
                11-Cr-605 (RJS)

Dear Judge Sullivan:

      On March 23, 2022, the parties appeared before Your Honor to address Mr. Bent's request to terminate his supervised release. At the conclusion of the conference, this Court issued an Order directing the parties to file a joint letter addressing three areas of concern: Mr. Bent's immigration status; the Government's ability to collect on the forfeiture judgment after the termination of supervised release, and Mr. Bent's ability to make payments towards the forfeiture. The following is the parties' response to the Court's concerns.

      With regard to Mr. Bent's immigration status, the Government has determined that Mr. Bent obtained derivative status and his pending removal case was canceled in 2015. Mr. Bent is a United States citizen.

      According to the US Attorney's Office Asset forfeiture unit, there is no time limitation on the Government's ability to collect on a criminal forfeiture order. Termination of supervised release has no effect on the Government's ability to enforce the order. Moreover, Mr. Bent is financially able to make payments of approximately $200/month towards the forfeiture amount.

                                            Very truly yours,

                                            David K. Bertan

cc:      AUSA Christopher DiMase (via email)