UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KIRK BENT,

Supervisee.

No. 11-cr-605 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record earlier today, IT IS HEREBY ORDERED THAT

Supervisee's term of supervised release is terminated.  The Court extends its best wishes to Mr.

Bent and his family.

SO ORDERED.

Dated:      May 17, 2022
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation